IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

FILED
02 JUL -9 AM 9:34
U.S. ... COURT
N.D. OF AL... AMA
KM

| | |
|---|---|
| BROADCAST MUSIC, INC.; STONE DIAMOND MUSIC CORP.; WARNER-TAMERLANE PUBLISHING CORP.; UNICHAPPELL MUSIC, INC.; ZELLA MUSIC, A DIVISION OF UNIDISC MUSIC, INC.; JOSEPH LESLIE SAMPLE AND WILTON FELDER, A PARTNERSHIP d/b/a FOUR KNIGHTS MUSIC COMPANY; RONDOR MUSIC INTERNATIONAL d/b/a IRVING MUSIC; and JOHN A. FOGARTY d/b/a TAKING CARE OF BUSINESS MUSIC; ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, ) ) | CIVIL ACTION NO.: |
| v. ) ) | CV-02-AR-1666-M |
| FLOYD L. DONALD BROADCASTING CO., INC. d/b/a WMGJ-AM and FLOYD L. DONALD, Individually, ) ) ) ) ) | |
| Defendants. ) | |

## COMPLAINT

Plaintiffs, by their attorneys, for their Complaint against Defendants, allege as follows:

### JURISDICTION AND VENUE

1. This is a suit for copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. Sections 101 et seq. (the "Copyright Act"). This Court has jurisdiction pursuant to 28 U.S.C. Section 1338(a).

2. Venue is proper in this judicial district pursuant to 28 U.S.C. Section 1400(a).

1

## THE PARTIES

3. Plaintiff, Broadcast Music, Inc. ("BMI"), is a corporation organized and existing under the laws of the State of New York. BMI's principal place of business is 320 West 57th Street, New York, New York 10019. BMI has been granted the right to license the public performance rights in approximately 4.5 million copyrighted musical compositions (the "BMI repertoire"), including those which are alleged herein to have been infringed.

4. The other Plaintiffs are the owners of the copyrights in the musical compositions which are the subject of this lawsuit. All Plaintiffs are joined pursuant to Fed. R. Civ. P. 17(a) and 19(a).

5. Upon information and belief, Defendant Floyd L. Donald Broadcasting Co., Inc. is a corporation organized and existing under the laws of the state of Alabama which operates, maintains and controls a radio broadcasting station known as WMGJ-AM, located at 815 Tuscaloosa Avenue, Gadsden, AL 35901, in this district. In connection with the operation of this business, Defendant Floyd L. Donald Broadcasting Co., Inc. publicly performs musical compositions and/or causes musical compositions to be publicly performed.

6. Upon information and belief, Defendant Floyd L. Donald is a stockholder and officer of Defendant Floyd L. Donald Broadcasting Co., Inc. with primary responsibility for the operation and management of that corporation.

7. Upon information and belief, Defendant Floyd L. Donald has the right and ability to supervise the activities of Defendant Floyd L. Donald Broadcasting Co., Inc. and a direct financial interest in that corporation.

2

## CLAIMS OF COPYRIGHT INFRINGEMENT

8. Plaintiffs repeat and reallege each of the allegations contained in paragraphs 1 through 7.

9. Plaintiffs allege thirteen (13) claims of copyright infringement, based upon Defendants' unauthorized public performance of musical compositions from the BMI repertoire. All of the claims for copyright infringement joined in this Complaint are governed by the same legal rules and involve similar facts. Joinder of these claims will promote the convenient administration of justice and will avoid a multiplicity of separate, similar actions against Defendants.

10. Annexed and incorporated herein at Tab A is a list (the "Schedule") identifying some of the many musical compositions whose copyrights were infringed by Defendants. The Schedule contains information on the thirteen (13) claims of copyright infringement at issue in this action. Each numbered claim has the following eight lines of information: Line 1 providing the claim number; Line 2 listing the title of the musical composition related to that claim; Line 3 identifying the writer(s) of the musical composition; Line 4 noting the publisher(s) of the musical composition and the Plaintiff(s) in this action pursuing the claim at issue; Line 5 providing the date on which the copyright registration was issued for the musical composition; Line 6 indicating the Registration number(s); Line 7 showing the date(s) of infringement; and Line 8 identifying the name of the station where the infringement occurred (all references to "Lines" are to lines on the Schedule).

11. Each of the musical compositions identified on the Schedule, Line 2, was created by the persons named on Line 3.

12. On or about the dates indicated on Line 5, the publishers named on Line 4 (including any predecessors in interest), complied in all respects with the requirements of the Copyright Act and received

3

from the Register of Copyrights Certificates of Registration bearing the numbers listed on Line 6.

13. On the dates listed on Line 7, Plaintiff BMI was and still is the licensor of the public performance rights in the musical compositions identified on Line 2. On the dates listed on Line 7, the Plaintiffs listed on Line 4 were and still are the owners of the copyright in the respective musical composition listed on Line 2.

14. On the dates listed on Line 7, Defendants performed and/or caused the musical compositions identified on Line 2 to be publicly performed over WMGJ-AM without a license or permission to do so. Thus, Defendants have committed copyright infringement.

15. Defendants performed and/or caused such musical compositions to be publicly performed notwithstanding repeated warnings from Plaintiff BMI that the performance over WMGJ-AM, without permission from the copyright owners, did and would constitute infringement of copyright in violation of Title 17 of the United States Code.

16. The specific acts of copyright infringement alleged, as well as Defendants' entire course of conduct, have caused and are causing Plaintiffs great and incalculable damage. By continuing to provide unauthorized public performances of works in the BMI repertoire over WMGJ-AM, Defendants threaten to continue committing copyright infringement. Unless this Court restrains Defendants from committing further acts of copyright infringement, Plaintiffs will suffer irreparable injury for which they have no adequate remedy at law.

## RELIEF REQUESTED

WHEREFORE, Plaintiffs pray that:

(I) Defendants, their agents, servants, employees, and all persons acting under their permission and authority, be enjoined and restrained from infringing, in any manner, the copyrighted

4

musical compositions licensed by BMI, pursuant to 17 U.S.C. Section 502;

    (II)    Defendants be ordered to pay statutory damages per claim of infringement, pursuant to 17 U.S.C. Section 504(c);

    (III)    Defendants be ordered to pay costs, including a reasonable attorney's fee, pursuant to 17 U.S.C. Section 505; and

    (IV)    That Plaintiffs have such other and further relief as is just and equitable.

Gilbert E. Johnston, Jr.
S. Shelton Foss

Attorneys for Plaintiffs

JOHNSTON BARTON PROCTOR & POWELL LLP
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203
205-458-9400

    OF COUNSEL

.

| | | |
|---|---|---|
| Line 1 | Claim No | 1 |
| Line 2 | Musical Composition | Baby I Need Your Loving AKA Baby I Need Your Lovin' |
| Line 3 | Writer(s) | Eddie Holland; Lamont Dozier, Brian Holland |
| Line 4 | Publisher Plaintiff(s) | Stone Diamond Music Corp. |
| Line 5 | Date(s) of Registration | 7/7/64 |
| Line 6 | Registration No(s) | Ep 189715 |
| Line 7 | Date(s) of Infringement | 5/24/01 |
| Line 8 | Place of Infringement | WMGJ-AM |

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | Come Go With Me |
| Line 3 | Writer(s) | Kenneth Gamble; Leon Huff |
| Line 4 | Publisher Plaintiff(s) | Warner-Tamerlane Publishing Corp. |
| Line 5 | Date(s) of Registration | 6/13/79   11/5/79 |
| Line 6 | Registration No(s) | PAu 120-790   PA 56-599 |
| Line 7 | Date(s) of Infringement | 5/24/01 |
| Line 8 | Place of Infringement | WMGJ-AM |

| | | |
|---|---|---|
| Line 1 | Claim No. | 3 |
| Line 2 | Musical Composition | Everyday People |
| Line 3 | Writer(s) | Sylvester Stewart |
| Line 4 | Publisher Plaintiff(s) | Warner-Tamerlane Publishing Corp. |
| Line 5 | Date(s) of Registration | 1/21/69 |
| Line 6 | Registration No(s) | Eu 99873 |
| Line 7 | Date(s) of Infringement | 5/24/01 |
| Line 8 | Place of Infringement | WMGJ-AM |

| | | |
|---|---|---|
| Line 1 | Claim No. | 4 |
| Line 2 | Musical Composition | Jimmy Mack |
| Line 3 | Writer(s) | Lamont Dozier; Brian Holland; Eddie Holland |
| Line 4 | Publisher Plaintiff(s) | Stone Diamond Music Corp |
| Line 5 | Date(s) of Registration | 1/24/66 |
| Line 6 | Registration No(s). | Ep 212762 |
| Line 7 | Date(s) of Infringement | 5/24/01 |
| Line 8 | Place of Infringement | WMGJ-AM |

| | | |
|---|---|---|
| Line 1 | Claim No | 5 |
| Line 2 | Musical Composition | Joanna |
| Line 3 | Writer(s) | Charles Smith; James Taylor; Ronald Bell, Curtis Williams, Robert Bell; George Brown; Jim Bonnefond; Clifford Adams |
| Line 4 | Publisher Plaintiff(s) | Warner-Tamerlane Publishing Corp |
| Line 5 | Date(s) of Registration | 11/4/83   5/29/84 |
| Line 6 | Registration No(s) | PA 190-733   PA 222-232 |
| Line 7 | Date(s) of Infringement | 5/24/01 |
| Line 8 | Place of Infringement | WMGJ-AM |

| | | |
|---|---|---|
| Line 1 | Claim No. | 6 |
| Line 2 | Musical Composition | Lady Love |
| Line 3 | Writer(s) | Von Gray, Sherman Marshall |
| Line 4 | Publisher Plaintiff(s) | Warner-Tamerlane Publishing Corp |
| Line 5 | Date(s) of Registration | 10/26/77   6/1/78   7/17/78 |
| Line 6 | Registration No(s). | Eu 837156   PA 46-359   PAu 37-902 |
| Line 7 | Date(s) of Infringement | 5/24/01 |
| Line 8 | Place of Infringement | WMGJ-AM |

| | | |
|---|---|---|
| Line 1 | Claim No. | 7 |
| Line 2 | Musical Composition | Lovin' You |
| Line 3 | Writer(s) | Kenneth Gamble, Leon Huff |
| Line 4 | Publisher Plaintiff(s) | Warner-Tamerlane Publishing Corp. |
| Line 5 | Date(s) of Registration | 3/27/87 |
| Line 6 | Registration No(s) | PAu 961-298 |
| Line 7 | Date(s) of Infringement | 5/24/01 |
| Line 8 | Place of Infringement | WMGJ-AM |

| | | |
|---|---|---|
| Line 1 | Claim No | 8 |
| Line 2 | Musical Composition | Shame |
| Line 3 | Writer(s) | John H. Fitch; Reuben Cross |
| Line 4 | Publisher Plaintiff(s) | Unichappell Music Inc.; Zella Music, a division of Unidisc Music Inc |
| Line 5 | Date(s) of Registration | 7/28/77 |
| Line 6 | Registration No(s) | Ep 372766 |
| Line 7 | Date(s) of Infringement | 5/24/01 |
| Line 8 | Place of Infringement | WMGJ-AM |

| | | |
|---|---|---|
| Line 1 | Claim No. | 9 |
| Line 2 | Musical Composition | Street Life |
| Line 3 | Writer(s) | Joseph Leslie Sample, Will Jennings |
| Line 4 | Publisher Plaintiff(s) | Joseph Leslie Sample and Wilton Felder, a partnership d/b/a Four Knights Music Company, Rondor Music International, Inc d/b/a Irving Music |
| Line 5 | Date(s) of Registration | 6/12/79 |
| Line 6 | Registration No(s) | PA 44-178 |
| Line 7 | Date(s) of Infringement | 5/24/01 |
| Line 8 | Place of Infringement | WMGJ-AM |

| | | |
|---|---|---|
| Line 1 | Claim No | 10 |
| Line 2 | Musical Composition | This Old Heart Of Mine (Is Weak For You) aka This Old Heart Of Mine |
| Line 3 | Writer(s) | Brian Holland, Lamont Dozier, Eddie Holland, Sylvia Moy |
| Line 4 | Publisher Plaintiff(s) | Stone Diamond Music Corp |
| Line 5 | Date(s) of Registration | 1/6/66 |
| Line 6 | Registration No(s) | Ep 212086 |
| Line 7 | Date(s) of Infringement | 5/24/01 |
| Line 8 | Place of Infringement | WMGJ-AM |

| | | |
|---|---|---|
| Line 1 | Claim No. | 11 |
| Line 2 | Musical Composition | Use Ta Be My Girl AKA Used To Be My Girl |
| Line 3 | Writer(s) | Kenny Gamble; Leon Huff |
| Line 4 | Publisher Plaintiff(s) | Warner-Tamerlane Publishing Corp |
| Line 5 | Date(s) of Registration | 12/15/77 |
| Line 6 | Registration No(s) | Eu 858306 |
| Line 7 | Date(s) of Infringement | 3/29/02 |
| Line 8 | Place of Infringement | WMGJ-AM |

| | | | |
|---|---|---|---|
| Line 1 | Claim No | 12 | |
| Line 2 | Musical Composition | Woman To Woman | |
| Line 3 | Writer(s) | James Banks; Eddie Marion, Henderson Thigpen | |
| Line 4 | Publisher Plaintiff(s) | Rondor Music International, Inc dba Irving Music | |
| Line 5 | Date(s) of Registration | 3/22/74 | 12/12/74 |
| Line 6 | Registration No(s) | Eu 471436 | Ep 332310 |
| Line 7 | Date(s) of Infringement | 5/24/01 | |
| Line 8 | Place of Infringement | WMGJ-AM | |

| | | | |
|---|---|---|---|
| Line 1 | Claim No | 13 | |
| Line 2 | Musical Composition | I Don't Believe You Want To Get Up And Dance (Oops) | |
| Line 3 | Writer(s) | Lonnie Simmons, Ronnie Wilson, Charles Wilson, Robert Wilson, Rudolph Taylor | |
| Line 4 | Publisher Plaintiff(s) | John A Fogarty d/b/a Taking Care Of Business Music | |
| Line 5 | Date(s) of Registration | PA 182-505 | PAu 168-296 |
| Line 6 | Registration No(s) | 8/31/83 | 1/22/80 |
| Line 7 | Date(s) of Infringement | 5/24/01 | |
| Line 8 | Place of Infringement | WMGJ-AM | |