IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

BROADCAST MUSIC, INC., et al., }
    Plaintiffs, }
v. }
FLOYD L. DONALD BROADCASTING CO., INC., et al., }
    Defendants. }

CIVIL ACTION NO.
02-AR-1666-M

### ORDER

Pursuant to the joint stipulation of dismissal filed on November 24, 2003, by plaintiffs and defendants, the above-entitled action is hereby DISMISSED WITHOUT PREJUDICE.

The parties shall bear their own respective costs.

DONE this 25th day of November, 2003.

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE